162

[919 NYS2d 434]

MURRAY J.S. KIRSHTEIN, as Guardian and as Administrator of the Estate of GEORGE J. TAPPER, Deceased, Plaintiff, v AMERICU CREDIT UNION (Formerly UP STATE FEDERAL CREDIT UNION) et al., Defendants. (And a Third-Party Action.) (Action No. 1.) MURRAY J.S. KIRSHTEIN, as Administrator of the Estate of GEORGE J. TAPPER, Deceased, Respondent, v TOYS-"R"-US, INC., Appellant, et al., Defendants. (And a Third-Party Action.) (Action No. 2.) (Appeal No. 2.)

Fourth Department, March 25, 2011

## APPEARANCES OF COUNSEL

*Nasto Law Firm*, Yorkville (*John A. Nasto, Jr.*, of counsel), for defendant-appellant.

*Rossi and Murnane*, New York Mills (*Vincent J. Rossi, Jr.*, of counsel), for plaintiff-respondent.

**OPINION OF THE COURT**

CENTRA, J.P.,

■ ■ ■ Same opinion by CENTRA, J.P., as in *Kirshtein v AmeriCU Credit Union* (83 AD3d 153 [2011]).

PERADOTTO, LINDLEY, SCONIERS and MARTOCHE, JJ., concur.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.